FILED
06 OCT 12 PM 2:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.:   06CR1243DMS |
| ) | |
| Plaintiff, ) | ORDER AUTHORIZING FUNDS FOR |
| ) | DISCOVERABLE MATERIALS |
| v. ) | [18 U.S.C. §3006A(e)] |
| ) | |
| RICARDO MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

Based upon Defendant's Ex Parte Application, and **GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the application for discovery funds be granted and that COPY CONNECTION provide the necessary reproduction of the materials provided to them by the U.S. Attorney to Attorney MICHAEL J. MESSINA and that COPY CONNECTION submit their billings on the appropriate CJA forms for payment directly to the United States District Court for payment.

A conformed copy of this order shall be sent to defense counsel, MICHAEL J. MESSINA, COPY CONNECTION and the Financial Office.

Dated: __10-12-06__                    _____
HON. DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE

ORIGINAL

