# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>    vs.<br>RICARDO MARTINEZ,<br><br>                             Defendant. | CASE NO. 06cr1243 DMS<br><br>**ORDER RE: STATEMENT OF THE CASE** |
|---|---|

Attached to this Order is the Court's proposed statement of the case. Counsel should be prepared to present their comments concerning this document during the hearing on Friday, October 12, 2007.

**IT IS SO ORDERED.**

DATED: October 10, 2007

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -

06cr1243